**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 868 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
FRANK WILLIAM COLON, :
:
Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 6th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.